1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
   A Professional Corporation
4  101 Howard Street, Suite 400
   San Francisco, California 94105
5  Telephone: (415) 543-5300
   Facsimile: (415) 543-3335
6

7

8  Attorneys for Plaintiffs
   SSA MARINE TERMINALS, INC.
9  HOMEPORT INSURANCE COMPANY, INC.

10                      UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                          SACRAMENTO DIVISION

13

14  SSA MARINE TERMINALS, INC.;          )   Case No.: 2:11-CV-00515-JAM-GGH
15  HOMEPORT INSURANCE COMPANY, INC. )
                                         )   **ORDER ALLOWING ADDITIONAL TIME**
16              Plaintiffs,              )   **TO SERVE FOREIGN DEFENDANTS**
                                         )
17         v.                            )
                                         )
18                                       )
    INUI STEAMSHIP CO., LTD., *in personam*; )
19  The Vessel M/V KEN UN, her Engines, Boats, )
    Tackle, Furniture and Cargo, *in rem*  )
20                                       )
                                         )
21              Defendants.              )
    _____     )

22         Having reviewed and considered plaintiffs' Application for Additional Time to Serve

23  Foreign Defendants, and finding GOOD CAUSE is shown thereby,

24         IT IS HEREBY ORDERED:

25         1. Plaintiffs may have additional time with the goal of serving defendants by March 30,

26  2012; and

27  //

28  //

                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1    2.  Plaintiffs shall file a further Status Report with the Court by April 9, 2012.

2

3

4    Dated:  12/12/11                                    /s/ John A. Mendez_____
                                                         Hon. John A. Mendez
5                                                        U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com