1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
4  A Professional Corporation
   101 Howard Street, Suite 400
5  San Francisco, California  94105
6  Telephone:  (415) 543-5300
   Facsimile:  (415) 543-3335
7
8  Attorneys for Plaintiffs
   SSA MARINE TERMINALS, INC.
9  HOMEPORT INSURANCE COMPANY, INC.

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                          SACRAMENTO DIVISION

13

14  SSA MARINE TERMINALS, INC.;         )  Case No.: 2:11-CV-00515-JAM-GGH
15  HOMEPORT INSURANCE COMPANY, INC. )
                                        )  **ORDER ALLOWING ADDITIONAL TIME**
16           Plaintiffs,                )  **TO SERVE FOREIGN DEFENDANTS**
17        v.                            )
                                        )
18                                      )
19  INUI STEAMSHIP CO., LTD., *in personam*; )
    The Vessel M/V KEN UN, her Engines, Boats, )
20  Tackle, Furniture and Cargo, *in rem*  )
                                        )
21           Defendants.                 )

22        Having reviewed and considered plaintiffs' Application for Additional Time to Serve

23  Foreign Defendants, and finding GOOD CAUSE is shown thereby,

24        IT IS HEREBY ORDERED:

25        1. Plaintiffs may have additional time with the goal of serving defendants by March 30,

26  2012; and

27  //

28  //

PDF created with pdfFactory trial version www.pdffactory.com

1  2. Plaintiffs shall file a further Status Report with the Court by April 9, 2012.

Dated:  12/12/11                                              /s/ John A. Mendez
                                                              Hon. John A. Mendez
                                                              U.S. District Judge

[PROPOSED] ORDER ALLOWING ADDITIONAL         Case No. 2:11-CV-00515-JAM-GGH
TIME TO SERVE FOREIGN DEFENDANTS

PDF created with pdfFactory trial version www.pdffactory.com