Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California  94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Plaintiffs
SSA MARINE TERMINALS, INC.
HOMEPORT INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SSA MARINE TERMINALS, INC.;<br>HOMEPORT INSURANCE COMPANY, INC.<br><br>　　　　Plaintiffs,<br>　　v.<br><br>INUI STEAMSHIP CO., LTD., *in personam*;<br>The Vessel M/V KEN UN, her Engines, Boats,<br>Tackle, Furniture and Cargo, *in rem*<br><br>　　　　Defendants. | Case No.: 2:11-CV-00515-JAM-GGH<br><br>**ORDER ALLOWING ADDITIONAL TIME TO SERVE FOREIGN DEFENDANTS** |

　　Having reviewed and considered plaintiffs' Status Report dated April 9, 2012 with regard to service upon defendants, and finding GOOD CAUSE is shown thereby,

　　IT IS HEREBY ORDERED:

　　1. Plaintiffs may have time to serve defendants, with the goal of completing service by June 15, 2012; and

//

//

PDF created with pdfFactory trial version www.pdffactory.com

2.  Plaintiffs shall file a further Status Report with the Court by June 22, 2012.


Dated: 4/9/2012                               /s/ John A. Mendez

                                              Hon. John A. Mendez
                                              U.S. District Judge


2650211/P/PropOrderTimetoServe 4-6-12

PDF created with pdfFactory trial version www.pdffactory.com