1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
3  drusso@sc-law.us
   STERLING & CLACK
4  A Professional Corporation
5  101 Howard Street, Suite 400
   San Francisco, California 94105
6  Telephone: (415) 543-5300
   Facsimile: (415) 543-3335

7

8  Attorneys for Plaintiffs
   SSA MARINE TERMINALS, INC.
9  HOMEPORT INSURANCE COMPANY, INC.

10               UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13

14 SSA MARINE TERMINALS, INC.;          )  Case No.: 2:11-CV-00515-JAM-GGH
15 HOMEPORT INSURANCE COMPANY, INC.     )
                                        )  **ORDER ALLOWING ADDITIONAL TIME**
16           Plaintiffs,                )  **TO SERVE FOREIGN DEFENDANTS**
17      v.                              )
                                        )
18                                      )
19 INUI STEAMSHIP CO., LTD., *in personam*;  )
   The Vessel M/V KEN UN, her Engines, Boats, )
20 Tackle, Furniture and Cargo, *in rem*  )
                                        )
21           Defendants.                )

22      Having reviewed and considered plaintiffs' Status Report dated April 9, 2012 with regard to

23 service upon defendants, and finding GOOD CAUSE is shown thereby,

24      IT IS HEREBY ORDERED:

25      1. Plaintiffs may have time to serve defendants, with the goal of completing service by June

26 15, 2012; and

27 //

28 //

1

[PROPOSED] ORDER ALLOWING ADDITIONAL        Case No. 2:11-CV-00515-JAM-GGH
TIME TO SERVE FOREIGN DEFENDANTS

PDF created with pdfFactory trial version www.pdffactory.com

1     2.  Plaintiffs shall file a further Status Report with the Court by June 22, 2012.

2

3

4  Dated: 4/9/2012                                  /s/ John A. Mendez____

5                                                   Hon. John A. Mendez
                                                    U.S. District Judge
6

7
   2650211/P/PropOrderTimetoServe 4-6-12
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING ADDITIONAL        Case No. 2:11-CV-00515-JAM-GGH
TIME TO SERVE FOREIGN DEFENDANTS

PDF created with pdfFactory trial version www.pdffactory.com