1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING & CLACK
4  A Professional Corporation
   101 Howard Street, Suite 400
5  San Francisco, California  94105
6  Telephone:  (415) 543-5300
   Facsimile:  (415) 543-3335
7
   Attorneys for Plaintiffs
8  SSA MARINE TERMINALS, INC.
9  HOMEPORT INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SSA MARINE TERMINALS, INC.;  ) | Case No.: 2:11-CV-00515-JAM-GGH |
| HOMEPORT INSURANCE COMPANY, INC. ) | |
|                                  ) | **ORDER FOR FURTHER STATUS** |
|       Plaintiffs,                ) | **REPORTING** |
|    v.                            ) | |
|                                  ) | |
|                                  ) | |
| INUI STEAMSHIP CO., LTD., *in personam*; ) | |
| The Vessel M/V KEN UN, her Engines, Boats, ) | |
| Tackle, Furniture and Cargo, *in rem*    ) | |
|                                  ) | |
|       Defendants.                ) | |

   Having reviewed and considered plaintiffs' Status Report dated June 21, 2012 with regard to service upon defendants, and finding GOOD CAUSE is shown thereby,

//
//
//
//
//

1

[PROPOSED] ORDER FOR FURTHER                    Case No. 2:11-CV-00515-JAM-GGH
STATUS REPORTING

1  IT IS HEREBY ORDERED:

2  Plaintiffs shall file a further Status Report with the Court by September 15, 2012, advising as to

3  whether service on defendant Inui Steamship has been completed or when it is expected to be

4  completed.

5  Dated: 6/21/2012

                                         /s/ John A. Mendez_____
                                         Hon. John A. Mendez
                                         U.S. District Court Judge

2

[PROPOSED] ORDER FOR FURTHER STATUS REPORTING         Case No. 2:11-CV-00515-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com