EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:      aport@edptlaw.com

Attorneys for Defendant
INUI STEAMSHIP CO., LTD, *in personam*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SSA MARINE TERMINALS, INC.; HOMEPORT INSURANCE COMPANY, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>INUI STEAMSHIP CO., LTD., *in personam;* M/V KEN UN, her engines, Boats, tackle, furniture, and Cargo, *in rem*<br><br>Defendants. | Case No.: 2:11-CV-00515-JAM-GGH<br><br>**IN ADMIRALTY**<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASES**<br><br>Complaint Filed: February 23, 2011 |
| AUGUSTINE AMBRIZ<br><br>Plaintiff,<br><br>vs.<br><br>INUI STEAMSHIP CO., LTD., in personam; M/V KEN UN, her engines, tackle, furniture apparel, etc., in rem; DOES 1-20<br><br>Defendants. | Case No.: 2:12-CV-00395-JAM-GGH<br><br>Complaint Filed: February 15, 2012 |

Plaintiffs SSA Marine Terminals, Inc., Homeport Insurance Co., and Augustine Ambriz et al, and Defendant Inui Steamship Co. Ltd., hereby stipulate, by and through their undersigned

- 1 -
STIPULATION AND ORDER TO CONSOLIDATE CASES
U.S.D.C. Eastern District, Case No. 2:12-CV-00395-JAM-GGH / Related Case No. 2:12 –CV-00395-JAM-CGH

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

attorneys, that:

Action 2:11-CV-00515-JAM-GGH and Action 2:12-CV-00395-JAM-GGH arise out of the same transaction and occurrence and the same set of operative facts, and the damages are overlapping. Therefore, it is appropriate that these cases be consolidated for all purposes, including trial.

DATED: November 2, 2012  STERLING & CLACK
David Russo

By   /s/ David Russo (as authorized on 11/2/12)
David Russo
Attorneys for Plaintiffs
SSA MARINE TERMINALS, INC.
HOMEPORT INSURANCE COMPANY, INC.

DATED: November 2, 2012  BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III

By   /s/ Edward M. Bull III (as authorized on 11/2/12)
Edward M. Bull III
Attorneys for Plaintiff
AUSTINE AMBRIZ

Dated: November 2, 2012  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port

By   /s/ Andrew I. Port
Andrew I. Port
Attorneys for Defendant
INUI STEAMSHIP CO., LTD.

### CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to each of the other signatories, and that they authorized me to sign the document on their behalf.

    /s/ Andrew I. Port
Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND ORDER TO CONSOLIDATE CASES
U.S.D.C. Eastern District, Case No. 2:12-CV-00395-JAM-GGH / Related Case No. 2:12 –CV-00395-JAM-CGH

1    IT IS SO ORDERED.

2    Dated:  11/5/2012                    /s/ John A. Mendez
                                          JOHN A. MENDEZ
3                                         United States District Court Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -

STIPULATION AND ORDER TO CONSOLIDATE CASES
U.S.D.C. Eastern District, Case No. 2:12-CV-00395-JAM-GGH / Related Case No. 2:12 –CV-00395-JAM-CGH